

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Hassie-Demond Nowlin
Plaintiff.

Case No. 1:11CV511

v-

AVIS BUDGET GROUP.;
    Defendant.

### COMPLAINT

    Plaintiff, **Hassie-Demond Nowlin**, hereby sues Defendant, AVIS BUDGET GROUP..; and alleges:

### PRELIMINARY STATEMENT

    1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

    2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

    3. Venue is proper in this Circuit pursuant to 28 U.S.C. §1391b.

    4. This is an action for damages which do not exceed $5,000.00.

    5. Plaintiff, **Hassie-Demond Nowlin**, is a natural person and is a resident of the State of north Carolina.

    6. Defendant, AVIS BUDGET GROUP., is a VA Corporation, authorized to do business in North Carolina.

    7. All conditions precedent to the bringing of this action have been performed, waived or excused.

1

## FACTUAL ALLEGATIONS

8. on December 23, 2009, AVIS BUDGET GROUP. Initiated a hard pull of Plaintiff's credit report from Equifax Trans union and Experian without permissible purpose, thereby reducing his credit score.

9. On July 9, 2009, AVIS BUDGET GROUP initiated a hard pull of Plaintiff's credit report from Equifax Trans union and Experian without permissible purpose.

## COUNT I
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## WILLFUL NON-COMPLIANCE BY DEFENDANT AVIS BUDGET GROUP.

10. Paragraphs 1 through 9 are realleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

12. AVIS BUDGET GROUP. Is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

12. AVIS BUDGET GROUP willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) AVIS BUDGET GROUP willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against AVIS BUDGET GROUP. for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

## COUNT II
## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681
## NEGLIGENT NON-COMPLIANCE BY DEFENDANT AVIS BUDGET GROUP.

13. Paragraphs 1 through 9 are realleged as though fully set forth herein.

14. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

15. AVIS BUDGET GROUP. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

16. AVIS BUDGET GROUP negligently violated the FCRA. Defendant's violations include, but are not limited to, the following:
   (a) AVIS BUDGET GROUP negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages against AVIS BUDGET GROUP for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law. Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of his claims in this action.

Dated: June 1, 2011

Respectfully submitted,

_____
Hassie-Demond Nowlin
c/o 2020 Anthony Court
Greensboro, north carolina [27406]
HDKNOWLIN@HOTMAIL.COM
(336)327-5716